JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LAMAR MYERS,

Plaintiff,

vs.

B9 SEQUOIA SIGNAL HILL 3 OWNER LP; and DOES 1 to 10,

Defendants.

**Case No.: 2:26-cv-05951-JFW-RAOx**
Assigned to Judge John F. Walter

**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE**

Based on the request for dismissal without prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without Prejudice.

IT IS SO ORDERED.

DATED: August 19, 2026

John F. Walter,
United States District Court Judge